**Order entered January 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

### HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

### PATRICK DAUGHERTY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

Appellant Highland Capital Management initiated this appeal by filing a notice of appeal in which it sought to appeal the trial court's September 15, 2014 Order on Plaintiff's Motion to Strike Supersedeas Bond and to Require Sufficient Security. Appellant indicated on its docketing statement that its appeal was an appeal of an interlocutory order, causing this case to be designated as an accelerated appeal in the court's case management system. Separately, Patrick Daugherty, Highland Capital Management, and Highland Employee Retention Assets LLC filed notices of appeal or notices of cross appeal from the trial court's final judgment in the case that were docketed as an appeal distinct from Highland Capital Management's appeal concerning the supersedeas bond and assigned the cause number 05-14-01283.

On October 22, 2014 the Court rendered its opinion with regard to Highland Capital Management's challenge to the supersedeas bond. Concurrently, the Court consolidated the cause number 05-14-01283 into this cause number. Thus, the remaining issues in this appeal concern the trial court's final judgment.

Although the case is designated as an accelerated appeal in the Court's case management system, the clerk's record reveals the case is an appeal from a final judgment. Accordingly, the Court **DIRECTS** the clerk's office to remove the designation of this case as an accelerated appeal. The Court **ORDERS** the parties to file their briefs in this case in accordance with the requirements of rule 38.6 of the Texas Rules of Appellate Procedure for ordinary appeals from final judgment.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE